CHARLES C. WORTHINGTON et al., Respondents, *v.* THEODORE L. HERRMANN, Appellant, and WILLIAM L. BULL et al., Respondents.

*Worthington* v. *Herrmann,* 89 App. Div. 627, affirmed.
(Argued January 31, 1905; decided February 21, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 12, 1904, affirming a judgment in favor of plaintiffs entered upon the report of a referee.

*Louis Marshall* for appellant.

*Edward M. Shepard* and *William A. Jenner* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

THEODORE L. HERRMANN, Appellant, *v.* CHARLES C. WORTHINGTON et al., Respondents.

*Herrmann* v. *Worthington,* 89 App. Div. 631, affirmed.
(Argued January 31, 1905; decided February 21, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 12, 1904, affirming a judgment in favor of defendants entered upon the report of a referee.

*Louis Marshall* for appellant.

*Edward M. Shepard* and *William A. Jenner* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.